UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE BEEBE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAMS COLLEGE,<br><br>　　　　　Defendant. | Civil Action No.  05-30182 |

## NOTICE OF APPEARANCE OF PATRICIA M. HIGGINS

Please enter the appearance of Patricia M. Higgins as attorney for Defendant Williams College.  Judith A. Malone will continue to represent Defendant as well.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Williams College

　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　*/s/  Patricia M. Higgins*
　　　　　　　　　　　　　　　　　　Judith A. Malone (BBO #316260)
　　　　　　　　　　　　　　　　　　Patricia M. Higgins (BBO # 663318)
　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　617.239.0100
　　　　　　　　　　　　　　　　　　jmalone@eapdlaw.com
　　　　　　　　　　　　　　　　　　phiggins@eapdlaw.com

Dated: April 4, 2006