UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION
NO. 05-30182-MAP

|  |  |
|---|---|
| MICHELLE BEEBE, | ) |
|       Plaintiff, | ) |
| v | ) |
| WILLIAMS COLLEGE, | ) |
|       Defendant. | ) |

**THE PLAINTIFF'S REQUEST TO CONTINUE THE SCHEDULING CONFERENCE**

The Plaintiff, Michelle Beebe, respectfully requests that the Scheduling Conference in the above matter, set for Wednesday, July 26, 2006 at 11:00 a.m., be continued to a new date and time convenient to the Court. As grounds for this motion, the Plaintiff states that her counsel has a scheduled vacation for the week of July 24, 2006 that will take him out of town for that week. The Defendant's counsel has informed the Plaintiff's counsel that she assents to this motion.

Respectfully submitted,
MICHELLE BEEBE
By Her Attorney,

Dated: June 29, 2006

   /s/ Thomas J. McCormick
Thomas J. McCormick, BBO # 561760
Heisler, Feldman, McCormick
& Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
Fax (413) 788-7996

2

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

    /s/ Thomas J. McCormick
    Thomas J. McCormick