UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION
NO. 05-30182-MAP

MICHELLE BEEBE, )
)
Plaintiff, )
)
v. )
)
WILLIAMS COLLEGE, )
)
Defendant. )

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certifies pursuant to Local Rule 16.1 (D)(3) that she has conferred with counsel on the following topics:

a) establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

b) options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: July 20, 2006            /s/ Michelle Beebe
                                MICHELLE BEEBE

Respectfully submitted,<br>
MICHELLE BEEBE<br>
By Her Attorney,

Dated: July 20, 2006

/s/ Thomas J. McCormick
Thomas J. McCormick, BBO # 561760
Heisler, Feldman, McCormick
& Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
Fax (413) 788-7996

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

/s/ Thomas J. McCormick
Thomas J. McCormick