UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michelle Beebe,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Williams College,<br><br>　　　　　Defendant. | Civil Action No. |

**LOCAL RULE 16.1(D)(3) CERTIFICATION
FOR WILLIAMS COLLEGE**

　　　Williams College and its Counsel certify that they have conferred about the above captioned matter for the purpose of establishing a budget for the full course of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

　　　　　　　　　　　　　　　　　　　Williams College,
　　　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　　　s/ Judith Malone
　　　　　　　　　　　　　　　　　　　Judith A. Malone (BBO #316260)
　　　　　　　　　　　　　　　　　　　Patricia Higgins (BBO #663318)
　　　　　　　　　　　　　　　　　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　　　　Boston, MA  02199-7613
　　　　　　　　　　　　　　　　　　　617.239.0100

Dated: July 24, 2006

　　　　　　　　　　　　　　　　　　　Authorized Representative

　　　　　　　　　　　　　　　　　　　　s/ Martha Tetrault
　　　　　　　　　　　　　　　　　　　Martha Tetrault
　　　　　　　　　　　　　　　　　　　Director – Human Resources

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF)

s/ Judith A. Malone
Judith A. Malone
