UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE BEEBE,               )
       Plaintiff       )
                       )
v.                            )   Civil Action No. 05-30182-MAP
                       )
                       )
                       )
WILLIAMS COLLEGE,             )
       Defendant       )

SCHEDULING ORDER
August 4, 2006

NEIMAN, C.M.J.

The following schedule was established at the scheduling conference this day:

1. The parties shall complete their automatic disclosures by September 1, 2006.

2. All written discovery and non-expert depositions shall be completed by December 29, 2006.

3. Counsel shall appear for a case management conference on January 10, 2007, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                        /s/ Kenneth P. Neiman
                        KENNETH P. NEIMAN
                        Chief Magistrate Judge