## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

MICHELLE BEEBE,

        Plaintiff,

v.

    Civil Action No.  05-30182

WILLIAMS COLLEGE,

        Defendant.

## INITIAL DISCLOSURES PURSUANT TO LOCAL RULE 26.2(A) AND FED. R. CIV. P. 26(A)(1)

Pursuant to Local Rule 26.2(A) and Fed. R. Civ. P. 26(a)(1), Defendant Williams College ("Williams") makes the following initial disclosures with respect to the corresponding subparts of Fed. R. Civ. P. 26(a)(1):

(A)    The persons known or believed to have discoverable information relevant to disputed facts alleged in the pleadings, based upon the information reasonably available to Williams and its attorneys at this time, are the following:

- Michelle Beebe
  509 North Houghton Street
  Clarksburg, MA 01247

  Subjects:  Plaintiff's claims.


- Marc Field
  Custodian
  Service Building
  Williams College
  60 Latham Street
  Williamstown, MA 02167
  (413) 597-2293

  Subjects:  Plaintiff's termination and grievance.

- Michael L. Gerrity, M.D.
  Ambulatory Care Center
  77 Hospital Avenue, Suite 102
  North Adams, MA 01247
  (413) 663-8365

  Subjects:  Medical condition of Plaintiff's children.

- Carol Luscier
  Snack Bar Manager
  Droppers House
  Williams College
  15 Park Street
  Williamstown, MA 01267
  (413) 597-3487

  Subject:  Plaintiff's attendance.

- Kris Maloney
  Benefits Administrator
  B&L Building
  Williams College
  100 Spring Street, Suite 201
  Williamston, MA 01267
  (413) 597-4478

  Subject:  Williams' policies and Plaintiff's FMLA claim.

- Carol Marks
  Science Library Assistant
  Sawyer Library
  Williams College
  55 Sawyer Library Drive
  Williamstown, MA 01267
  (413) 597-4502

  Subjects:  Plaintiff's termination and grievance.

- Peter Mason
  Supervisor of Custodial Services
  Service Building

Williams College
60 Latham Street
Williamstown, MA 01267
(413) 597-2293

Subjects: Plaintiff's attendance and termination.

- Beatrice Miles
  Director of Facilities Services
  Service Building
  Williams College
  60 Latham Street
  Williamstown, MA 01267
  (413) 597-3496

  Subjects: Plaintiff's attendance, termination, and FMLA claim.

- Stephen Payne, M.D.
  Northern Berkshire Family Practice
  820 State Road
  North Adams, MA 01247
  (413) 664-4088

  Subjects: Plaintiff's medical condition.

- Damon Reed
  Senior Development Officer
  Vogt House
  Williams College
  75 Park Street
  Williamstown, MA 01267
  (413) 597-4122

  Subjects: Plaintiff's termination and grievance.

- Martha Tetrault
  Director of Human Resources
  B&L Building
  Williams College
  100 Spring Street, Suite 201
  Williamstown, MA 01267
  (413) 597-2058

Subjects: Williams' policies and Plaintiff's FMLA claim, termination and grievance.

(B)    The documents described below constitute the documents within the scope

of Fed. R. Civ. P. 26(a)(1)(B) that Williams is able to identify at this time. Copies of

these documents are located at the B&L Building, Williams College, 100 Spring Street,

Suite 201, Williamstown, MA 02167.

- Williams' employment policies and forms
  Location: Human Resources Department

- Plaintiff's personnel records
  Location: Human Resources Department

- Plaintiff's attendance and payroll records
  Location: Human Resources Department

(C)    As Williams is a defendant in this action, Fed. R. Civ. P. 26(a)(1)(C) is not

applicable.

(D)    Williams is insured by United Educators for an amount that would be

sufficient to cover an amount that Plaintiff could potentially recover.

Respectfully submitted,
Williams College
By its attorneys,


_/s/ Patricia M. Higgins_
Judith A. Malone (BBO #316260)
Patricia M. Higgins (BBO # 663318)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100
jmalone@eapdlaw.com
phiggins@eapdlaw.com

Dated: August 30, 2006


### CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

_/s/ Patricia M. Higgins_