UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE BEEBE,                )
        Plaintiff      )
                               )
                               )
    v.                         )   Civil Action No.  05-30182-MAP
                               )
                               )
WILLIAMS COLLEGE,              )
        Defendant      )

FURTHER SCHEDULING ORDER
November 21, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All written discovery and non-expert depositions shall be completed by January 31, 2007.

2. Counsel shall appear for a case management conference on February 12, 2007, at 10:00 a.m. in Courtroom Three.  The January 10, 2007 conference is cancelled.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge