UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHELLE BEEBE, )
        Plaintiff )
)
)
v. ) Civil Action No. 05-30182-MAP
)
)
WILLIAMS COLLEGE, )
        Defendant )

SCHEDULING ORDER
February 12, 2007

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. The remaining non-expert depositions shall be completed by February 22, 2007.

2. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by March 30, 2007.

3. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 27, 2007.

4. All expert depositions shall be completed by May 31, 2007.

5. Counsel shall appear for a final pretrial conference on June 21, 2007, at 2:30 p.m. in Courtroom One. Pretrial memoranda shall be prepared in

accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this day.

IT IS SO ORDERED.


February 12, 2007                             /s/ Kenneth P. Neiman
Date                                          KENNETH P. NEIMAN
                                              U.S. Magistrate Judge