UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE BEEBE,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAMS COLLEGE,<br><br>          Defendant. | Civil Action No. 05-30182 |

### NOTICE OF ATTORNEY NAME CHANGE

Please note that counsel for Defendant Williams College has legally changed her name from Patricia Higgins to Patricia Mullen. On May 14, 2007, she filed an Affidavit of Name Change with supporting documentation with Maura S. Doyle, Clerk of the Supreme Judicial Court. Attached is a copy of her new certificate from the Massachusetts Board of Bar Overseers of the Supreme Judicial Court reflecting this name change.

                                              Respectfully submitted,
                                              Williams College
                                              By its attorneys,

                                              /s/ *Patricia M. Mullen*
                                              Judith A. Malone (BBO #316260)
                                              Patricia M. Mullen (BBO # 663318)
                                              EDWARDS ANGELL PALMER & DODGE LLP
                                              111 Huntington Avenue
                                              Boston, MA 02199-7613
                                              617.239.0100
                                              jmalone@eapdlaw.com
                                              pmullen@eapdlaw.com

Dated: June 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Patricia M. Mullen*

**Massachusetts Board of Bar Overseers**
**Of the Supreme Judicial Court**

Admittance Date: 11/29/2005
Expiration: 9/1/2007
BBO #: 663318

Patricia Mullen
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston MA 02199

Signature: *Patricia Mullen*

Certificate valid for 45 days after expiration date.