UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE BEEBE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILLIAMS COLLEGE,<br><br>　　　　Defendant. | Civil Action No. 05-30182 |

**ASSENTED TO MOTION FOR LEAVE TO EXTEND DEADLINE FOR FILING PRE-TRIAL MEMORANDUM**

Plaintiff Michelle Beebe ("Plaintiff") and Defendant Williams College ("Defendant") hereby jointly move for a one-day extension of the deadline for the filing of a Pre-Trial Memorandum. The deadline currently is set at June 14, 2007 pursuant to the Court's Procedural Order of February 12, 2007. The parties request that the deadline be extended one day until June 15. The extension is sought because Plaintiff's counsel incorrectly assumed that the memorandum was due June 15, five days prior to the final pretrial conference set for June 21. On June 14, counsel for both parties apprised Clerk Elizabeth French of the need for the extension.

Based on the above, the parties respectfully request that this Motion be granted.

| | |
|---|---|
| Respectfully submitted,<br>Michelle Beebe<br>By her attorney, | Respectfully submitted,<br>Williams College<br>By its attorneys, |
| /s/ Thomas J. McCormick /pm<br>Thomas J. McCormick (BBO #561760)<br>HEISLER, FELDMAN & MCCORMICK PC<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>413-788-7988<br>tmccormick01060@yahoo.com | /s/ Patricia M. Mullen<br>Judith A. Malone (BBO #316260)<br>Patricia M. Mullen (BBO # 663318)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>617.239.0100<br>jmalone@eapdlaw.com<br>pmullen@eapdlaw.com |

Dated: June 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Patricia M. Mullen