```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

MICHELE BEEBE,                )
    Plaintiff          )
                              )
           v.           )  C.A. NO. 05-30182-MAP
                              )
WILLIAMS COLLEGE,             )
    Defendant          )

### FINAL SCHEDULING ORDER

June 22, 2007

PONSOR, D.J.

Counsel for all parties appeared for a final pretrial conference on June 21, 2007. At that time, the court assigned the case a trial date of July 16, 2007. Based on this, the court orders as follows:

    1. Proposed *voir dire* questions, proposed jury instructions, and motions *in limine* will be filed no later than July 2, 2007.

    2. Opposition to any motions *in limine* will be filed by July 12, 2007.

    3. Trial in this matter will commence on July 16, 2007 at 10:00 a.m. Counsel will appear that day at 9:00 a.m. for a conference and hearing on any contested motions *in limine* prior to commencement of jury selection.

    4. The trial will proceed from 9:00 a.m. to 1:00 p.m. on July 16-20; 9:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m. on July 23; 9:00 a.m. to 1:00 p.m. on July 24, and 9:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:00 p.m. on July 25-26.

    5. It is essential that all evidence close no later than July 25, to permit argument and charge on July 26. The court will not be available after July 26, 2007.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
United States District Judge