UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30182-MAP

| | |
|---|---|
| MICHELLE BEEBE, | : |
|         Plaintiff, | : |
| v. | : |
| WILLIAMS COLLEGE, | : |
|         Defendant. | : |

**THE PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION IN LIMINE NO. 4 (TO PRECLUDE ANY EVIDENCE OR TESTIMONY FROM PLAINTIFF'S ECONOMIC EXPERT ON THE ISSUE OF POTENTIAL HOURS WORKED)**

The Plaintiff agrees that she will not put on any evidence or testimony from the Plaintiff's economic expert, Dr. Craig Moore, on the issue of potential hours worked.

                                                        Respectfully submitted,
                                                        THE PLAINTIFF, MICHELLE BEEBE,
                                                        By her attorney,

Dated: July 12, 2007                                        /s/ Thomas J. McCormick
                                                        Thomas J. McCormick, BBO# 561760
                                                        Heisler, Feldman, McCormick
                                                            & Garrow, P.C.
                                                        1145 Main Street, Suite 508
                                                        Springfield, MA  01103
                                                        Ph. (413) 788-7988
                                                        Fax (413) 788-7996
                                                        tmccormick01060@yahoo.com

2

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                  /s/ Thomas J. McCormick
                                                     Thomas J. McCormick