UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.  05-30182-MAP

| | |
|---|---|
| MICHELLE BEEBE, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAMS COLLEGE, | : |
| Defendant. | : |

**THE PLAINTIFF'S RESPONSE TO THE DEFENDANT'S MOTION IN LIMINE NO. 5 (TO PRECLUDE TESTIMONY OF PLAINTIFF'S UNIDENTIFIED WITNESS)**

The Plaintiff agrees to withdraw Heather (last name unknown) from her witness list.

Respectfully submitted,
THE PLAINTIFF, MICHELLE BEEBE,
By her attorney,

Dated: July 12, 2007         ____/s/ Thomas J. McCormick____
Thomas J. McCormick, BBO# 561760
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
Ph. (413) 788-7988
Fax (413) 788-7996
tmccormick01060@yahoo.com

2

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

        /s/ Thomas J. McCormick
        Thomas J. McCormick