UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHELLE BEEBE**

      V.                      CA 05-30182-MAP

**WILLIAMS COLLEGE**

<u>SETTLEMENT ORDER OF DISMISSAL</u>

The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.

**DATED: JULY 18, 2007**

                                        SARAH THORNTON
                                        CLERK

                                        BY:  /s/Elizabeth A. French
                                              Elizabeth A. French
                                              Deputy Clerk