UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE BEEBE,<br><br>          Plaintiff,<br><br>  v.<br><br>WILLIAMS COLLEGE,<br><br>          Defendant. | Civil Action No. 05-30182 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above captioned case stipulate that the matter should be dismissed with prejudice and without any assessment of costs or fees.

Respectfully submitted,
Michelle Beebe
By her attorney,

*s/ Thomas J. McCormick*
Thomas J. McCormick (BBO #561760)
HEISLER, FELDMAN & MCCORMICK PC
1145 Main Street, Suite 508
Springfield, MA 01103
413-788-7988
tmccormick01060@yahoo.com

Respectfully submitted,
Williams College
By its attorneys,

*s/ Patricia M. Mullen*
Judith A. Malone (BBO #316260)
Patricia M. Mullen (BBO # 663318)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100
jmalone@eapdlaw.com
pmullen@eapdlaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              s/ Patricia M. Mullen